Roth, Admr., Appellant, *v.* State Farm Mutual Automobile
Insurance Company et al., Appellees.

[Cite as *Roth v. State Farm Mut. Auto.
Ins. Co.* (1998), 83 Ohio St.3d 431.]

(No. 98–1276—Submitted September 15, 1998—Decided October 28, 1998.)

---

*Kemp; Schaeffer, Rowe & Lardiere Co., L.P.A., Steven D. Rowe* and *Nannette J.B. Dean,* for appellant.

*Young & Alexander Co., L.P.A.,* and *Steven O. Dean,* for appellee.

---

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court to apply *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.